USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON BREEZE, JR.,

        **Plaintiff,**

-against-

**HEALTHY FOOD ENTERPRISES, III, INC.**
and **GG COLUMBUS CIRCLE LLC.,**

        **Defendants.**

1:19-cv-01739 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 16, 2019
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**